UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
DR. DAVID SIMAI,
on behalf of plaintiff and the class defined herein
                Plaintiff,         Case No. 17-cv-2292-JFB-AKT

     v.

ALTEGRA HEALTH CONNECTIONS, LLC,
and JOHN DOES 1-10,

        Defendants.
-------------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, Dr. David Simai, through its undersigned attorneys, hereby dismisses this action without prejudice.

                        Respectfully submitted,

                        /s/ Tiffany N. Hardy
                        Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

Adam J. Fishbein
ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
fishbeinadamj@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on May 25, 2017, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. I further certify that the foregoing document will be sent to the following party:

E. Steele Clayton IV
SClayton@bassberry.com

                                                     s/Tiffany N. Hardy
                                                   Tiffany N. Hardy