UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DR. DAVID SIMAI,
on behalf of plaintiff and the class defined herein
           Plaintiff,

v.

ALTEGRA HEALTH CONNECTIONS, LLC,
and JOHN DOES 1-10,

           Defendants.

---

Case No. 17-cv-2292-JFB-AKT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2017 ★
LONG ISLAND OFFICE

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, Dr. David Simai, through its undersigned attorneys, hereby dismisses this action without prejudice.

Respectfully submitted,

/s/ Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

Adam J. Fishbein
ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
fishbeinadamj@gmail.com

The Clerk of the Court shall close the case.

SO ORDERED

Joseph F. Bianco
USDJ
Date: May 26, 20 17
Central Islip, N.Y.